UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 93-CR-00123-UU



Dear Honorable Judge Ursula Ungaro,

First, I must say good day to you and your staff, and compliment you on the great job you are doing. Hopefully this letter finds you in the best of health. As for me, I am taking it one day at a time, and trying to put my best foot forward.

During the last 28 years I have realized what a horrible mistake I made. I hope Your Honor will accept my apology and give me the chance to redeem myself to society. I think I have seen and learned a lot from these 28 years I have been incarcerated, so it would be great for Your Honor to grant me the opportunity.

Please see the enclosed two letters I received here at FCI Fort Dix: one from my teacher Ms. Davis, and one from the Head Chaplain, Dr. Gates, whom I have known for the past 10 years. Also, I was hand-picked by my recreation supervisor, Mr. Mitchell, to be the Visiting Room Photographer, which job I have held for 4 years. To be hired for this job, I was interviewed by S.I.S. here at Fort Dix, and within six months of coming to this institution I was working in the visiting room taking pictures.

Your Honor, I don't see how I am a threat to anyone or a danger to the community. I have been working in the visiting room with families, including women and children for the past 4 years, with no complaints. I am still assigned to that job, and I guarantee that if the prison should open back up right now I would be one of the first asked to return to work.

Unfortunately, my unit, 5812, is experiencing a second wave of COVID-19. For the past month and a half we are again quarantined due to people testing positive for COVID-19 for a second time. Your Honor, this COVID-19 is for real. I still have lingering symptoms, especially back pain. Being ill from COVID-

19 was one of the worst feelings of my life. I wouldn't want to have that feeling again.

My mother's dream was to see me before she died. Unfortunately, that is not going to happen because she passed. Hopefully she is in a better place. My dream is to be a better man and have a positive impact on boys and girls back home in Jamaica by keeping them from making mistakes like I made. If Your Honor were to grant this motion, I would expect to be deported to Jamaica, as my co-defendant Mr. Griffiths recently was.

I know I made the wrong choices 28 years ago, and I want Your Honor to know how remorseful I am.

Your time in this matter is highly appreciated.

Thank you,

Byron Walker

Dated: April 7, 2021

**POSITIVE DECISION REPORT**

**U.S. DEPARTMENT OF JUSTICE**                             **FEDERAL BUREAU OF PRISONS**

| 1. Institution: FCI Fort Dix | | | |
|---|---|---|---|
| 2. Inmate's Name<br>Byron Walker | 3. Register Number<br>46692-004 | 4. Date of Incident<br>9-20-2019 | 5. Time<br>12:30 pm |
| 6. Place of Incident<br>Education West | 7. Assignment<br>Recreation West | 8. Unit<br>5812 | |

| 9. Positive Behavior Demonstrated in Institution Related to ISDS: | |
|---|---|
| ✓ Daily Living Skills<br>✓ Mental Health Skills<br>  Wellness Skills<br>✓ Interpersonal Skills<br>✓ Academic Skills | ✓ Cognitive Skills<br>✓ Vocational/Career Skills<br>✓ Leisure Time Skills<br>  Character Skills |

10. Justification (Description of Positive Behavior)

Walker is enrolled in GED class where he works diligently to achieve his diploma. He's very respectful and helps others. He has completed several recreational and educational programs, including: Leather Craft, CDL and Typing. He has demonstrated the ability to display positive behavior.

| 11. Printed Name/Signature of Reporting Employee<br>E. Davis, Teacher | 12. Date<br>9-20-2019 |
|---|---|
| 13. Approved by (Signature and title)<br>Unit Manager | 14. Date |

*Demonstrated Reentry Skills*

*This certificate is awarded in recognition of demonstrating notable reentry skills at the Federal Correctional Institution, Fort Dix, New Jersey.*

**POSITIVE DECISION REPORT**

U.S. DEPARTMENT OF JUSTICE  FEDERAL BUREAU OF PRISONS

### Justification Report

| 1. Institution: FCI Fort Dix, NJ | | | |
|---|---|---|---|
| 2. Inmate's Name<br>Walker, Byron | 3. Register Number<br>46692-004 | 4. Date of Incident<br>1-30-2020 | 5. Time<br>8:10 a.m. |
| 6. Place of Incident<br>West Chapel | 7. Assignment<br>Recreation<br>West/Visiting Room | 8. Unit<br>5812 | |

| 9. Positive Behavior Demonstrated in Institution Related to ISDS: | |
|---|---|
| ✓ Daily Living Skills<br>Mental Health Skills<br>Wellness Skills<br>Interpersonal Skills | ✓ Academic Skills<br>Cognitive Skills<br>✓ Vocational/Career Skills<br>Leisure Time Skills<br>✓ Character Skills |

10. Justification (Description of Positive Behavior)

During his incarceration at FCI Fort Dix, Mr. Walker has demonstrated a sincere commitment toward preparing himself for reentry into society. Throughout his incarceration, Mr. Walker has engaged in meaningful programming that has provided a solid foundation towards his reentry efforts. Recognizing the relationship between faith and reentry, Mr. Walker has been an active member of the Rastafarian community. Mr. Walker has fully immersed himself in both the weekly worship and study services. Mr. Walker has assisted the Chaplaincy Department by ensuring that all members are aware of upcoming programs. Mr. Walker has been incarcerated for almost 28 years. During this time, he's experience the loss of several family members including his mother, grandmother, sister, and a host of close relatives. These significant losses has impacted Mr. Walker's perspective on how he approaches life. Having served as Mr. Walker's chaplain for several years at two different facilities, and having spent countless hours providing him pastoral care and counseling, I am convinced that if given the opportunity, Mr. Walker would experience successful reentry.

| 11. Printed Name/Signature of Reporting Employee<br>Chaplain K. Gates | 12. Date<br>1/30/20 |
|---|---|
| 13. Approved by (Signature and title)<br>Dr. Kenneth Gates | 14. Date<br>1-30-2020 |

# Demonstrated Reentry Skills

This certificate is awarded in recognition of demonstrating notable reentry skills at the Federal Correctional Institution, Fort Dix, New Jersey.

Case 1:93-cr-00123-UU Document 692 Entered on FLSD Docket 04/14/2021 Page 5 of 5

Byron Walker Reg. 46642-004
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

TRENTON NJ 085
8 APR 2021 PM 3 L

RECEIVED
USMS
INSPECTED

3012887716 0035

Clerk, United States District Court
400 North Miami Avenue, Room 5524
Miami, FL 33128-7716

