UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 93-CR-00123-UNGARO

UNITED STATES OF AMERICA

vs.

BYRON WALKER,

 Defendant.
_____/

**GOVERNMENT'S RESPONSE IN OPPOSITION
TO DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE**

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its Response in Opposition to Defendant Byron Walker's Renewed Motion for Compassionate Release (D.E. 692) ("Defendant's Renewed Motion" or "the Renewed Motion"). The Defendant again moves this Honorable Court to release him due to a second wave of COVID-19 hitting his prison unit (see id.). For the reasons detailed in the Government's Response in Opposition to Defendant's *Pro Se* Emergency Motion for Compassionate Release (D.E. 674), the government continues to oppose the Defendant's request for compassionate release.

    Furthermore, while the Defendant appears to have hypertension or elevated blood pressure, and has previously contracted COVID-19 (see D.E. 675, Defendant's Medical Records filed under seal), the Bureau of Prisons ("BOP") anticipates that every inmate in its custody will be offered at least one dose of a COVID-19 vaccine by June 1, 2021. BOP is working with the CDC and the federal government's COVID-19 Vaccine/Therapeutics Operation (formerly

1

known as Operation Warp Speed) to ensure that BOP receives the COVID-19 vaccine as it becomes available.

BOP offered the vaccine first to full-time staff because staff members—who come and go between the facility and the community—present a more likely vector for COVID-19 transmission into an institution. As of this time, vaccines have been administered to all willing staff members, and BOP continues to encourage staff members who have not accepted a vaccine to do so (staff members may also obtain and have obtained vaccinations from other providers in the community).

BOP is now in the process of offering vaccines to inmates, proceeding based on priority of need in accordance with CDC guidelines. In general, the vaccine is offered first to inmates over 75 years of age; then to inmates over 65 years of age; then to inmates of any age who present a condition identified by the CDC as presenting a risk of severe COVID-19 disease; and then to all inmates. As of mid-April 2021, BOP estimated that if it continued to receive doses at the then-current pace it will have offered a vaccine to every inmate in its custody by June 1, 2021. As a court recently observed, "Since the vaccines became available, the Bureau of Prisons diligently and efficiently administered the doses allocated to it, leading all jurisdictions and Federal entities in its vaccine utilization rate." United States v. Roper, 2021 WL 963583, at *3 (E.D. Pa. Mar. 15, 2021) (Kearney, J.) (footnote omitted).[1]

As the Defendant's Renewed Motion again fails to demonstrate "extraordinary and compelling reasons" warranting release, and because the BOP anticipates that the Defendant

---

[1] The clinical guidance provided to BOP health services professionals is available at https://www.bop.gov/resources/pdfs/covid19_vaccine_guidance_20210311.pdf. The latest information on BOP's vaccination efforts, including the number of completed vaccinations at each institution, is available at https://www.bop.gov/coronavirus/, and is updated every weekday.

will be eligible to receive at least one dose of a COVID-19 vaccine by June 1, 2021, this Honorable Court should deny the Defendant's Renewed Motion. Furthermore, as discussed in detail in the Government's Response in Opposition to Defendant's *Pro Se* Emergency Motion for Compassionate Release (D.E. 674), this Honorable Court should deny the Defendant's Motion because the Defendant is a danger to the community and the Title 18, United States Code, Section 3553(a) factors do not support granting the requested relief.

          Respectfully submitted,

          JUAN ANTONIO GONZALEZ
          ACTING UNITED STATES ATTORNEY

By:    /s/ *Joseph M. Schuster*
        Joseph M. Schuster
        Assistant United States Attorney
        Southern District of Florida
        Court ID # A5502182
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9336
        Fax: (305) 530-7976
        joseph.schuster@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and will have a copy of the foregoing sent to the Defendant via U.S. mail.

*s/ Joseph M. Schuster*
Assistant United States Attorney